UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONSO SONES, SR.,

    Petitioner,                                        Case No. 1:07-cv-1114

v                                                HON. JANET T. NEFF

THOMAS K. BELL,

    Respondent.
_____/

**FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 26) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court, except as noted in the Opinion.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: September 26, 2011                              /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge